# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1860
_____

WALTER H. CARY III,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


June 7, 2019


PER CURIAM.

In light of Petitioner's pending direct appeal in case 1D19-1123, the petition for writ of habeas corpus is dismissed.

ROWE, MAKAR, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Walter H. Cary III, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.